# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| REGINALD D. DAVIS | § | |
| | § | Civil Action No. 4:17-CV-821 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff Reginald D. Davis's ("Plaintiff") Petition for Award of Attorney Fees Under the Equal Access to Justice Act ("Motion") (Dkt. #18) and Commissioner's Response (Dkt. #20), wherein the Commissioner states she has no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Dkt. #18) is **GRANTED**, and the Commissioner is directed to pay four thousand, five hundred ninety-five dollars and sixty-two cents ($4,595.62) in attorney's fees, with payment to be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**SIGNED this the 28th day of May, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE