# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| REGINALD D. DAVIS § | |
| § | Civil Action No.  4:17-CV-821 |
| v. § | (Judge Schell/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 28, 2020, the report of the Magistrate Judge (Dkt. #25) was entered containing proposed findings of fact and recommendations that Plaintiff's "Petition to Obtain Approval of a Fee for Representing a Social Security Claimant" under 42 U.S.C. § 406(b) (Dkt. #22) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's "Petition to Obtain Approval of a Fee for Representing a Social Security Claimant" under 42 U.S.C. § 406(b) (Dkt. #22) is **GRANTED**. Plaintiff's attorney is awarded a fee in the amount of thirteen thousand eight hundred twenty-seven dollars and twenty-five cents ($13,827.25), to be paid from Plaintiff's past due benefits being withheld by the Commissioner for attorney fees.  Upon receipt of such payment, Plaintiff's attorney shall refund to Plaintiff the EAJA award previously granted in this cause.

**IT IS SO ORDERED**.

**SIGNED this the 19th day of October, 2020.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE